UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Larry and Laurie Smith
        debtor.                                            Ch. 12 19-41842

PRELIMINARY ORDER FOR USE OF CASH COLLATERAL

The Debtor's motion for an order authorizing the use of cash collateral came before William J. Fisher, United States Bankruptcy Judge, on August 22, 2019. Appearances were noted on the record. Based on the motion and supporting documents submitted by the Debtors for Use of Cash Collateral, and the files and records herein.

IT IS HEREBY ORDERED:

1. The Debtors are authorized to use cash collateral to conduct their farming operation.

2. The Debtors are authorized to sell and replace cattle throughout their bankruptcy case. For each animal sold, debtors are authorized to purchase at least one one head of cattle to feed up and pay Old National Bank $350.00 .

3. The Debtors are authorized to pay CNH $100.00 per month as adequate protection regarding its collateral.

4. For purposes of adequate protection, and only to the extent of cash collateral used, the Old National Bank shall have a replacement lien in the Debtors' post-petition assets of the same type and nature as subject to the prepetition liens. Such liens shall have the same priority and effect as the such lien creditors held on the prepetition property of the Debtors, and are granted only to the extent of the diminution in value of such creditors' interest in prepetition collateral.

5. As additional adequate protection, the Debtors are required to maintain insurance on all of the property in which the secured creditors have a security interest as a condition of cash collateral use.

6. The replacement liens of the secured creditors are deemed properly perfected without any further act or deed on the part of the debtors or the creditor.

7. This order shall continue in effect until September 18, 2019, inasmuch as a final hearing on this matter is scheduled for September 17, 2019.

Dated: *August 22, 2019*

/e/ William J. Fisher
_____
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/22/2019*
Lori Vosejpka, Clerk, by WM