UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Larry Smith                                                                  CH 12  BKY # 19-41842
      Laurie Smith

        Debtors.

NOTICE OF HEARING ON MODIFIED PLAN

PLEASE TAKE NOTICE: PURSUANT TO RULE Bankruptcy Rule 2002(a)(8) and at the request of the debtors filing the plan, the Hearing on confirmation of Modified Plan has been scheduled for **February 19, 2020 at 2:00 pm in Courtroom 2B, 316 North Robert St. St. Paul, MN 55101.**

The debtors filed a Modified Chapter 12 Plan January 30, 2020 on Janyuary 31, 2020. A copy of the Modified Chapter 12 Plan is enclosed with this notice.  The court may confirm a plan afer notice and a hearing under 11 U.S.C. §§ 1224 and 1225.  Confirmation of a plan binds the debtors, creditors, and other parties in interest under 11 U.S.C. § 1227.

**Objections to Confirmation.**  An objection to confirmation of the plan shall be made by motion under Lo9cal Rule 3017-1(c). Seven days prior to the confirmation hearing is the last day to timely deliver an objection, and ten day prior to the confirmation hearing is the last day to timely mail an objection.  The objection must be filed no later than one day after service.

/e/Sam Calvert                                                                                     Dated January 31, 2020
Sam V. Calvert MN 1431X
1011 2nd St. N. STE 107
St. Cloud, MN 56303
attorney for debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Larry Smith                                    CH 12   Case 19-41842
       Laurie Smith

                    Debtor.

Unsworn Declaration for Proof of Service

I, Darlene Leyendecker, employee of Sam Calvert, attorney licensed to practice law in this Court, with office address of 1011 2nd St. North Suite 107, St. Cloud, MN 56303 on January 31, 2020 I served the following documents by depositing them in the US Mail:

- Motion to Incur Secure Creditors
- Notice of Hearing on Motion to Modify
- Modified Plan
- Exhibit A & B
- Verification or Signature Declaration

**via CM/ECF:**

| | |
|---|---|
| US Trustee | ustregion12.mn.ecf@usdoj.gov |
| Trustee Kyle Carlson | info@carlson13mn.com |
| Josh Christensen | josh.christensen@aj-law.com |
| Roylene Champeaux | Roylene.Champeaux@usdoj.gov |

**US Mail**

Larry Smith
Laurie Smith
12299 US Hwy 12 SW
Howard Lake, MN 55349-4305

See attached:

And I declare, under penalty of perjury, that the foregoing is true and

correct.

Dated: January 31, 2020  /e/ Darlene Leyendecker